# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 26, 2013

_____

RULE 45 NOTICE-BRIEF/APPENDIX

_____

No.    13-1476 (L),    Brian Anderson v. Reliance Standard Life Insuran
                       1:11-cv-01188-WDQ

TO:    The Apptis, Inc. Long Term Disability Plan
       Reliance Standard Life Insurance Company

**BRIEFING DOCUMENT DUE:** 07/11/2013

The court has not received the briefing document(s) identified below, which are now overdue under this court's briefing order. Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the document(s) and a motion to extend filing time are received in the clerk's office, or the default is otherwised remedied, within 15 days of the date of this notice. The deadlines for any subsequent briefs will be extended after filing of the past-due brief.

---

[x ] Opening brief and appendix

---

[ ] Opening/response brief

---

[ ] FRAP 30(c) page-proof opening brief

---

[ ] FRAP 30(c) page-proof opening/response brief

---

[ ] Supplemental opening brief

Sharon A. Wiley, Deputy Clerk
804-916-2704